IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET, )
)
    Plaintiff, )
)
)
vs. ) CASE NO.  15-160-SCW
)
SALVADOR A. GODINEZ, SHERRY )
BENTON, KIMBERLY BUTLER, )
DONALD GAETZ, GAY FLATT, K. )
DEEN, PATRICK KEANE, THOMAS )
SPILLER, I.D.O.C. WILSON, )
CHRISTINE BORWN, and MICHAEL )
EDWARDS, )
)
    Defendant(s). )
)
)
)
)
)
)

## JUDGMENT IN A CIVIL CASE

Defendants Salvador A. Godinez, Sherry Benton, Gay Flatt, and K. Deen, were dismissed without prejudice on June 5, 2015 by an Order entered by Judge J. Phil Gilbert (Doc. 17).

Defendants Kimberly Butler was dismissed with prejudice on June 9, 2015 by an Order entered by Judge J. Phil Gilbert (Doc. 17).

Defendant Donald Gaetz, Thomas Spiller, Wilson, Christine Brown, and Michael Edwards, were granted summary judgment on September 8, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 172).

Defendant I.D.O.C was voluntarily dismissed by Plaintiff without prejudice on December 3, 2018 (Doc.230).

THEREFORE, judgment is entered in favor of Defendants **Kimberly Butler, Donald Gaetz, Thomas Spiller, Wilson, Christine Brown, and Michael Edwards, a**nd against Plaintiff **Marc Norfleet.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 3rd day of December, 2018

**MARGARET M. ROBERTIE, CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**